

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed July 23, 2009

United States Bankruptcy Judge

---

BTXN 163 (rev. 04/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Fort Worth Campbell and Associates, Inc. § Case No.: 92–45653–rfn7
 § Chapter No.: 7
Debtor(s) §

# ORDER AUTHORIZING PAYMENT OF A DIVIDEND FROM UNCLAIMED FUNDS

At Dallas , Texas, in said District, came on to be considered the Application For Payment Of A Dividend From Unclaimed Funds by:

| | |
|---|---|
| NAME: | Billy D. Rudd |
| MAILING ADDRESS: | 7800 Sargent Rd. |
| | Indianapolis, IN 46256 |

Claimant, for payment of a dividend from unclaimed funds in the amount of $1283.30.

It appearing to the Court that the said claimant is entitled to receive payment of the dividend in the amount stated above, and

that said funds are now on deposit in the United States Treasury, and

that notice of the Application was given to the United States Attorney, and

that no objection to the Application has been filed, it is

ORDERED that the Clerk of Court direct issuance of a draft upon the United States Treasury in the amount stated above, payable to this claimant.

# # # End of Order # # #